A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Sep 24, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: [signature]
DEPUTY CLERK

1811-CDP   Document 3420   Filed 09/24/10

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 09, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

## IN RE: GENETICALLY MODIFIED RICE LITIGATION

MDL No. 1811

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 359 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 24, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

IN RE: GENETICALLY MODIFIED RICE LITIGATION                MDL No. 1811

SCHEDULE CTO-43 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

ARKANSAS EASTERN
  ARE  3   10-171         Tony Bradley, et al. v. Bayer CropScience, LP, et al.
  ARE  3   10-191         Lowry E. Robinson, et al. v. Bayer CropScience, LP, et al.
  ARE  5   10-234         Freddie Black, et al. v. Bayer CropScience, LP, et al.
  ARE  5   10-235         Mark Kaufman, et al. v. Bayer CropScience, LP, et al.
  ARE  5   10-236         Thomas E. Bormann, et al. v. Bayer CropScience, LP, et al.
  ARE  5   10-243         Michael N. Norris, et al. v. Bayer CropScience, LP, et al.

TEXAS EASTERN
  TXE  1   10-389         Carolyn Abney, et al. v. Bayer CropScience, LP, et al.